IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00801-MSK-MJW

ROSE FITZSIMMONS,

    Plaintiff,

v.

FLIGHT SAFETY SERVICES CORPORATION,
FLIGHT SAFETY INTERNATIONAL, INC., and
DOES 1-10,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

---

THIS MATTER is before the Court on the Unopposed Motion to Dismiss With Prejudice (**#28**) filed July 29, 2008. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**. All claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 29th day of July, 2008.

                                           **BY THE COURT:**

                                           */s/ Marcia S. Krieger*
                                           Marcia S. Krieger
                                           United States District Judge